Johanna Miller Moosman, as Administratrix, etc., of Jacob Henry Moosman, Deceased, Appellant, v. The New York, New Haven and Hartford Railroad Company, Respondent.— Judgment unanimously affirmed, with costs, upon the ground that there is no evidence that the deceased was free from contributory negligence. (*Le Duc* v. *N. Y. C. & H. R. R. R. Co.*, 92 App. Div. 107; *Sackheim* v. *Pigueron*, 163 id. 180.) Present — Jenks, P. J., Burr, Rich, Stapleton and Putnam, JJ.

The People of the State of New York, Respondent, v. Edward Le Compte, Appellant.— The only credible evidence in this case is to the effect that defendant's wife met him on a public street, and committed an assault upon him, and that he was trying to escape from her at the time he was arrested. This is insufficient to sustain a conviction for disorderly conduct. The judgment of conviction of the city magistrate, and the order of the County Court of Queens county affirming the same, are reversed, and a new trial ordered. Jenks, P. J., Burr, Thomas, Carr and Putnam, JJ., concurred. Order to be settled before Mr. Justice Burr. Upon the settlement of the order, the tribunal for the new trial will be considered.

Lilla Radclyffe-Dugmore, Appellant, v. Great Neck Shores Corporation, Respondent.— Order affirmed, with ten dollars costs and disbursements. No opinion. Jenks, P. J., Burr, Thomas, Carr and Stapleton, JJ., concurred.

Eunice Niemoller Schmidt, Appellant, v. John F. Brennan and Edward Valentine, as Executors, etc., Respondents.— Judgment affirmed, with costs. No opinion. Jenks, P. J., Burr, Carr, Stapleton and Putnam, JJ., concurred.

Louis Spaeth, Respondent, v. John G. Gasteiger and John W. Gasteiger, Appellants.— Order affirmed, without costs. No opinion. Jenks, P. J., Carr, Stapleton and Putnam, JJ., concurred; Thomas, J., dissented.